# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Atterbury v. United States     Docket No.: 14-2805

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Michael S. Cerrone

Firm: DOJ - USAO - WDNY

Address: 138 Delaware Avenue, Buffalo, New York 14202

Telephone: 716-843-5851     Fax: 716-551-3052

E-mail: michael.cerrone@usdoj.gov

Appearance for: United States
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joseph J. Karaszewski )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 7/10/09     OR

☐ I applied for admission on _____ .

Signature of Counsel: s/Michael S. Cerrone

Type or Print Name: Michael S. Cerrone, Assistant U.S. Attorney